1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                    )
                                       )    2:07-cv-1658-GEB-DAD
12                  Plaintiff,         )
                                       )    ORDER CONTINUING
13          v.                         )    STATUS (PRETRIAL
                                       )    SCHEDULING) CONFERENCE
14   JAMES CARTER and JUDITH CARTER, as )
     Trustees of the James and Annette )
15   Brass Revocable Trust Dated       )
     May 23, 1996,                     )
16                                     )
                    Defendants.        )
17   _____ )

18          The parties' Joint Status Report filed November 20, 2007,

19   and the Stipulation to File Second Amended Complaint filed December 6,

20   2007, reveal that this case is not ready to be scheduled since

21   Plaintiff intends to file a second amended complaint adding a new

22   party to this action.[1]  Therefore, the status (pretrial scheduling)

23   conference set for December 10, 2007, is rescheduled to commence at

24   _____

25          [1]    In accordance with the December 6 Stipulation, Plaintiff is
     authorized to file the second amended complaint attached to that
26   Stipulation, provided that the second amended complaint is filed within
     five court days from the date this order is filed.  Concurrently with
27   service of process or as soon thereafter as possible, Plaintiff shall
     serve a copy of the Order Setting Status (Pretrial Scheduling)
28   Conference filed August 13, 2007, and a copy of this order, on the newly
     added defendant, and shall file a certificate reflecting such service.

                                       1

1  9:00 a.m. on March 31, 2007.  A further joint status report shall be

2  filed no later than fourteen days prior to the status conference.

3        IT IS SO ORDERED.

4  Dated:  December 7, 2007

5

6  _____
   GARLAND E. BURRELL, JR.

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2