THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Scott Johnson


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


SCOTT JOHNSON,                                     Case No.  2:07-CV-1658-DAD

            Plaintiff,

                                                   STIPULATION OF DISMISSAL; ORDER

v.

JAMES and JUDITH CARTER, as
Co-Trustees of the JAMES and
JUDITH CARTER REVOCABLE
TRUST DATED MAY 23, 1996, MERCY
COURT MEDICAL CENTER OWNERS
ASSOCIATION, a California Non-profit
Corporation,

            Defendants.
_____/

        The parties hereto stipulate as follows:

        The parties have reached a full and final settlement of all issues in this action.  A

Settlement Agreement between the parties has been fully executed.

        Some parts of the Settlement Agreement are to be performed in the future.  The parties

shall comply with their Settlement Agreement, a copy of which is incorporated by reference as

        2:07-CV-1658-DAD                      1

if fully set forth.  The parties request the Court to retain jurisdiction for one year from the date

hereof in order to enforce the terms of the Settlement Agreement under the authority of

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the

Court will retain jurisdiction over this action and the parties hereto in order to be able to

enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP

41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for

one year after the date hereof.

Date:   July 21, 2008                           Date:  August 7, 2008


ANGIIUS & TERRY LLP by:


S/Sam Y. Chon,                                  S/Thomas N. Stewart, III,
Attorney for Defendants                         Attorney for Plaintiff


IT IS SO ORDERED:

DATED: August 11, 2008.


_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/johnson1658.dism